Jeffrey L. Fillerup (SBN 120543)
RINCON LAW LLP
90 New Montgomery St., Suite 1400
San Francisco, CA 94105
Tel. (415) 996-8199
Fax (415) 680-1712
E-mail: jfillerup@rinconlawllp.com

Attorneys for Plaintiff
PESTMASTER FRANCHISE
NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTMASTER FRANCHISE NETWORK, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JINNY LYNN MATA, GABE JOSEPH MATA, ECOSOURCE PEST CONTROL, INC., JOSIE MOSS, BRIAN MOSS, AAAC SUPPORT SERVICES, LLC, *aka* A ALL ANIMAL CONTROL, MOSS PEST CONTROL, LLC,<br><br>    Defendants. | Case No. 16-cv-07268-EMC<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND STAY, AND [P~~ROPO~~SED] ORDER** |

    Plaintiff Pestmaster Franchise Network, Inc., by and through its attorneys of record, and Defendants Jinny Mata, Gabe Mata, Ecosource Pest Control, Inc., Josie Moss, Brian Moss, AAAC Support Services, LLC, and Moss Pest Control, LLC, by and through their attorneys of record, hereby stipulate, as follows:

| | |
|---|---|
| 1 | WHEREAS, the Plaintiff is a franchisor of pest control businesses; |
| 2 | WHEREAS, Defendants Jinny Mata and Gabe Mata were the franchisees of |
| 3 | the Plaintiff and operated two Pestmaster franchise locations in the Houston, Texas |
| 4 | area; |
| 5 | WHEREAS, Defendant Ecosource Pest Control, Inc. is a Texas corporation, |
| 6 | owned by Jinny and Gabe Mata, and they contend the corporation owned the tangible |
| 7 | assets related to the Matas' franchised business; |
| 8 | WHEREAS, Defendants Jinny Mata, Gabe Mata and Ecosource Pest Control, |
| 9 | Inc. are sometimes referred to as the "Mata Defendants"; |
| 10 | WHEREAS, the First Amended Complaint alleges that the Mata Defendants |
| 11 | breached the two franchise agreements by, among other things, terminating the two |
| 12 | franchises; |
| 13 | WHEREAS, the Mata Defendants deny that they have breached the franchise |
| 14 | agreements in any respect; |
| 15 | WHEREAS, the First Amended Complaint alleges that Defendants Josie Moss, |
| 16 | Brian Moss, and Moss Pest Control, LLC (collectively the "Moss Defendants") and |
| 17 | Defendant AAAC Support Services, LLC ("AAAC") conspired with the Mata |
| 18 | Defendants to breach the two franchise agreements with the Plaintiff; |
| 19 | WHEREAS, the Moss Defendants and AAAC deny the conspiracy and other |
| 20 | claims alleged against them in the First Amended Complaint; |
| 21 | WHEREAS, AAAC has filed a Rule 12(b)(2) motion to dismiss for lack of |
| 22 | personal jurisdiction and for improper venue and a motion to change venue, the |
| 23 | motions were heard on March 23, 2017, and a decision on the motions is pending; |
| 24 | |

1       WHEREAS, Josie Moss, Brian Moss and Moss Pest Control, LLC intend to file similar Rule 12(b)(2) motions to dismiss for lack of personal jurisdiction and for improper venue and a motion to change venue;

      WHEREAS, both the Moss Defendants and AAAC deny that this Court has personal jurisdiction and further contend that venue is improper as to each of them in this case, and they do not waive such jurisdictional and venue objections by entering into this stipulation, and file this stipulation subject thereto;

      WHEREAS, counsel for the Plaintiff and counsel for the Defendants are currently discussing the potential for settlement of all of the claims among all of the parties in the case;

      WHEREAS, counsel for the Plaintiff and counsel for the Defendants are also discussing other ADR options, such as the referral of all or some of the claims at issue in the First Amended Complaint, against some of the Defendants, to the American Arbitration Association for binding arbitration; and

      WHEREFORE, in light of the foregoing, the parties hereby stipulate to the Court's entry of an order providing as follows:.

      1.    That the Case Management Conference currently set for April 24, 2017 at 9:30 a.m. be continued to May 18, 2017 at 9:30 a.m.

      2.    That the date for the Mata Defendants and the Moss Defendants to file a responsive pleading to the First Amended Complaint be continued to May 18, 2017.

      3.    That the case be stayed until the May 18, 2017 Case Management Conference, during which time the parties will have additional time to attempt to reach a stipulation regarding (i) a global mediation involving all of the claims and all

3
STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND STAY, AND [PROPOSED] ORDER

of the parties in this case, or (ii) the reference of all or some of the claims at issue to binding arbitration at AAA.

4. AAAC and the Moss Defendants do not waive their personal jurisdiction and venue objections by entering into this stipulation.

DATED: April 18, 2017  RINCON LAW LLP

By: */s/Jeffrey L. Fillerup*
Jeffrey L. Fillerup
Attorneys for Plaintiff Pestmaster Franchise Network, Inc.

DATED: April 18, 2017  NASSIRI & JUNG LLP

By: */s/Andrew R. Kislik*
Andrew R. Kislik
Attorneys for Defendants Jinny Lynn Mata, Gabe Joseph Mata, Ecosource Pest Control, Inc., Josie Moss, Brian Moss, Moss Pest Control, LLC, and AAAC Support Services, LLC

## ORDER

Based on the foregoing stipulation, and for good cause appearing, IT IS HEREBY ORDERED, as follows:

1. The Case Management Conference currently set for April 24, 2017 is taken off calendar, and the Case Management Conference is re-scheduled to May ~~18~~ 25, 2017 at 9:30 a.m.

1    2.    The date for the Mata Defendants and the Moss Defendants to file a responsive pleading to the First Amended Complaint (including any Rule 12(b) motion) is continued to May ~~18~~ 25, 2017.

3.    The case is stayed until the May 18, 2017 Case Management Conference, during which time the parties will have additional time to try to stipulate to: (i) a global mediation involving all of the claims and all of the parties in this case and/or (ii) the reference of all or some of the claims, against some of the parties, at issue in the case to binding arbitration at AAA.

4.    AAAC and the Moss Defendants do not waive their personal jurisdiction and venue objections by entering into this stipulation regarding a possible mediation and/or arbitration.

DATED:    4/20/17



HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

5

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND STAY, AND [PROPOSED] ORDER