Jeffrey L. Fillerup (SBN 120543)
RINCON LAW LLP
90 New Montgomery St., Suite 1400
San Francisco, CA 94105
Tel. (415) 996-8199
Fax (415) 680-1712
E-mail: jfillerup@rinconlawllp.com

Attorneys for Plaintiff
PESTMASTER FRANCHISE
NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTMASTER FRANCHISE NETWORK, INC., a California corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>JINNY LYNN MATA, GABE JOSEPH MATA, ECOSOURCE PEST CONTROL, INC., JOSIE MOSS, BRIAN MOSS, AAAC SUPPORT SERVICES, LLC, *aka* A ALL ANIMAL CONTROL, MOSS PEST CONTROL, LLC,<br><br>     Defendants. | Case No. 16-cv-07268-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff Pestmaster Franchise Network, Inc., by and through its attorneys of

record, Jeffrey L. Fillerup of Rincon Law, LLP, and Defendants Jinny Mata, Gabe

Mata, Ecosource Pest Control, Inc., Josie Moss, Brian Moss, AAAC Support

Services, LLC, and Moss Pest Control, LLC, by and through their attorneys of record,

Andrew R. Kislik of Nassiri & Jung LLP, hereby stipulate, as follows:

Plaintiff Pestmaster Franchise Network, Inc. seeks  a continuance of the May 25, 2017 Case Management Conference to June 8, 2017 or June 22, 2017, because Plaintiff's counsel will be out of the country on May 25, 2017.

Defendants stipulate to the continuance  requested by Plaintiff.


DATED:  May 5, 2017          RINCON LAW LLP

By:     _/s/Jeffrey L. Fillerup_____
       Jeffrey L. Fillerup
       Attorneys for Plaintiff Pestmaster Franchise Network, Inc.


DATED:  May 5, 2017          NASSIRI & JUNG LLP


By:     _/s/Andrew R. Kislik_____
       Andrew R. Kislik
       Attorneys for Defendants Jinny Lynn Mata, Gabe Joseph Mata, Ecosource Pest Control, Inc., Josie Moss, Brian Moss, Moss Pest Control, LLC, and AAAC Support Services, LLC


## ORDER


Based on the  foregoing  stipulation,  and  for  good  cause  appearing,  IT  IS HEREBY ORDERED, as follows:

The  Case Management Conference currently set for May 25, 2017 is taken off

1  calendar, and the Case Management Conference is re-scheduled to [June 8, 2017 ~~or~~

2  ~~June 22, 2017~~] at 9:30 a.m.

3

4  DATED:   5/8/2017

   IT IS SO ORDERED

   HON_____
   UNITED STATES _____ JUDGE

   Judge Edward M. Chen

STIPULATION  TO CONTINUE  CASE MANAGEMENT CONFERENCE AND [PROPOSED]
ORDER