1 Jeffrey L. Fillerup (SBN 120543)
RINCON LAW LLP
2 90 New Montgomery St., Suite 1400
San Francisco, CA 94105
3 Tel. (415) 996-8199
Fax (415) 680-1712
4 E-mail: jfillerup@rinconlawllp.com

5 Attorneys for Plaintiff
PESTMASTER FRANCHISE
6 NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTMASTER FRANCHISE NETWORK, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JINNY LYNN MATA, GABE JOSEPH MATA, ECOSOURCE PEST CONTROL, INC., JOSIE MOSS, BRIAN MOSS, AAAC SUPPORT SERVICES, LLC, *aka* A ALL ANIMAL CONTROL, MOSS PEST CONTROL, LLC,<br><br>Defendants. | Case No. 16-cv-07268-EMC<br><br>**STIPULATION FOR REMOVAL FROM COURT-SPONSORED MEDIATION AND [P~~ROPO~~SED] ORDER** |

Plaintiff Pestmaster Franchise Network, Inc., by and through its attorneys of record, and Defendants Jinny Lynn Mata, Gabe Joseph Mata, Ecosource Pest Control, Inc., Josie Moss, Brian Moss, and Moss Pest Control, LLC, by and through their attorneys of record, hereby stipulate to the entry of an order removing this case from

the court-sponsored mediation program.   The parties are seeking removal from the court-sponsored mediation program because they have stipulated to proceed with private mediation and have scheduled a private full-day mediation at ADR Services in San Francisco on July 24, 2017.   Pursuant to Local ADR Rule 3-4(b), the parties may elect a private ADR procedure, which they have opted to pursue.

DATED: June 30, 2017            RINCON LAW LLP

                                By:     /s/Jeffrey L. Fillerup
                                    Jeffrey L. Fillerup
                                    Attorneys for Plaintiff Pestmaster Franchise
                                    Network, Inc.

DATED: June 30, 2017            NASSIRI & JUNG LLP

                                By:     /s/Andrew R. Kislik
                                    Andrew R. Kislik
                                    Attorneys for Defendants Jinny Lynn Mata,
                                    Gabe Joseph Mata, Ecosource Pest Control,
                                    Inc., Josie Moss, Brian Moss, and Moss Pest
                                    Control, LLC

## **ORDER**

Based on the foregoing stipulation, and for good cause appearing,

IT IS HEREBY ORDERED that this case is removed from the court-sponsored mediation program.

DATED:  July 13, 2017           _____
                                HON. EDWARD M. CHEN
                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*