Jeffrey L. Fillerup (SBN 120543)
RINCON LAW LLP
90 New Montgomery St., Suite 1400
San Francisco, CA 94105
Tel. (415) 996-8199
Fax (415) 680-1712
E-mail: jfillerup@rinconlawllp.com

Attorneys for Plaintiff and
Counter-Defendant
PESTMASTER FRANCHISE
NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTMASTER FRANCHISE NETWORK, INC., a California corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>JINNY LYNN MATA, GABE JOSEPH MATA, ECOSOURCE PEST CONTROL, INC., JOSIE MOSS, BRIAN MOSS, MOSS PEST CONTROL, LLC,<br><br>    Defendants,<br><br>AND RELATED COUNTERCLAIM.___ | Case No. 16-cv-07268-EMC<br><br>**STIPULATION TO STAY AND [PROPOSED] ORDER** |

    Plaintiff and Counter-Defendant Pestmaster Franchise Network, Inc., by and through its attorneys of record, Jeffrey L. Fillerup of Rincon Law, LLP; Defendants Jinny Mata, Gabe Mata, Ecosource Pest Control, Inc., Josie Moss, Brian Moss, and Moss Pest Control, LLC, by and through their attorneys of record, Andrew R. Kislik

of Nassiri & Jung LLP; and Counterclaimants Josie Moss and Brian Moss, by and through their attorneys of record, hereby stipulate, as follows:

1. The parties participated in a mediation before Judge James McBride (ret.) at ADR Services on July 24, 2017.

2. During the course of the mediation, the parties agreed to a settlement that will lead to a dismissal with prejudice of all of the claims and counterclaims in this case.

3. However, a stipulation to dismiss all of the claims and counterclaims will not be filed until after October 1, 2017.

4. Accordingly, the parties stipulate to the entry of an order staying this case until October 30, 2017, with the expectation that a dismissal with prejudice will be filed on or before October 30, 2017, which will terminate this case.

DATED: July 26, 2017          RINCON LAW LLP

                              By:   /s/Jeffrey L. Fillerup
                                  Jeffrey L. Fillerup
                                  Attorneys for Plaintiff/Counter-Defendant
                                  Pestmaster Franchise Network, Inc.

DATED: July 26, 2017          NASSIRI & JUNG LLP

                              By:   /s/Andrew R. Kislik
                                  Andrew R. Kislik
                                  Attorneys for Defendants Jinny Lynn Mata,
                                  Gabe Joseph Mata, Ecosource Pest Control,
                                  Inc., Josie Moss, Brian Moss, and Moss Pest
                                  Control, LLC, and Counterclaimants

///

///

## ORDER

Based on the foregoing stipulation and for good cause appearing, IT IS HEREBY ORDERED that the case is stayed until October 30, 2017.

DATED: 8/2/17



HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE